

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. WR-76,252-02

### EX PARTE BRIAN SKOLNIK, Applicant

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. S-08-3093CR-HC-2 IN THE 36TH DISTRICT COURT
## FROM SAN PATRICIO COUNTY

YEARY, J., filed a concurring opinion, in which KEASLER, and HERVEY, JJ., joined.

### CONCURRING OPINION

Adhering to the views expressed in my concurring opinion in *Ex parte Pointer*, ___ S.W.3d ___, Nos. WR-84,786-01 & WR-84,786-02 (Tex. Crim. App. del. June 8, 2016), I join in the Court's disposition of this case.

FILED: June 29, 2016
DO NOT PUBLISH